UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GABRIELLE RUSSANO | * | CIVIL ACTION NO. 23-1353 |
| | * | |
| VERSUS | * | SECTION: "H"(1) |
| | * | |
| MARTIN O'MALLEY, | * | JUDGE JANE TRICHE MILAZZO |
| COMMISSIONER OF THE SOCIAL | * | |
| SECURITY ADMINISTRATION | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************ | * | |

ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the decision of the Commissioner be reversed and this matter be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

New Orleans, Louisiana, this 31st day of July, 2024.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE